THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **RODERICK WAYNE WILLIS,** | : | |
| Plaintiff, | : | Case No.: 5:03-cv-1 (CAR) |
| v. | : | |
| **CURTIS JOHNSON ET AL.,** | : | |
| Defendants. | : | |

## *ORDER ON THE UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION*

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 63] that Defendants' Motion for Summary Judgment be granted. Plaintiff has filed no objection to the Recommendation. Having considered the matter, the Court agrees with the Recommendation. Accordingly, the Recommendation is **HEREBY ADOPTED AND MADE THE ORDER OF THE COURT**.

**SO ORDERED**, this 26th day of August, 2008.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

SSH